UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MOHAMMED GARADI, individually and on
behalf of all others similarly situated,

                             Plaintiff,

    v.

MARS WRIGLEY CONFECTIONERY US, LLC,

                             Defendant.
-----------------------------------------------------------------X
MOLLY BROWN, individually and on behalf of
all others similarly situated,

                             Plaintiff,

    v.

MARS WRIGLEY CONFECTIONERY US, LLC,

                             Defendant.
-----------------------------------------------------------------X

JUDGMENT

19-cv-03209 (RJD)(ST)

21-cv-1996 (RJD)(ST)

       A Memorandum and Order of the Honorable Raymond J. Dearie, United States District Judge, having been filed on July 6, 2021, granting the motion; and dismissing Mr. Garadi's and Ms. Brown's amended complaints; it is

       ORDERED and ADJUDGED that the motion is granted; and that Mr. Garadi's and Ms. Brown's amended complaints are dismissed.

Dated: Brooklyn, New York
         July 7, 2021

                                            Douglas C. Palmer
                                            Clerk of Court

                                By:   */s/Jalitza Poveda*
                                             Deputy Clerk